TO District Clerk MR. Abel Acosta,

3/5/2015

82,793-01

My name is Michael Williams, TDCJ#1098108. I was writing to inquire on the status of my writ of Habeas Corpus; Tr.Ct. No. 3013127-A, WR-82,793-01. I would like to know if my writ has been granted or denied so that I may follow the proper procedures. I would deeply appreciate your time and assistance in this matter.

Respectfully,

Michael Williams
TDCJ# 1098108
1675 S. FM 3525
Colorado City, TX 79512

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 0

Abel Acosta, Clerk